WALTER H. WILKINS, as Warden of Attica Prison. (Reargument.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS WAGER. (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRELL WALKER v. WALTER H. WILKINS, as Warden of Attica Prison. (K) THE PEOPLE OF THE STATE OF NEW YORK v. MERLE WHIPPLE. (L) THE PEOPLE OF THE STATE OF NEW YORK ex rel. McKINLEY WILLIAMS v. WALTER H. WILKINS, as Warden of Attica Prison. [In each action] Motion to prosecute appeal on original papers, typewritten briefs, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOSEPH MULLIGAN, Respondent, v. WARDEN OF AUBURN PRISON, Appellant.— Motion to dismiss appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH O. VAN SLYKE, Appellant.— Motion to prosecute appeal on original · papers, or for other relief denied. Memorandum: The documentary evidence herein irrefutably establishes that there is no merit to the petition.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE A. SMITH, Appellant.— Motion to prosecute appeal on original papers, and for other relief, denied. Memorandum: The claims asserted by the appellant cannot be made the basis of any relief in *coram nobis.*

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOUGLAS S. MATT v. WALTER H. WILKINS, as Warden of Attica Prison.— Motion granted to prosecute appeal on original papers, typewritten briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. JOHNSON. (Robert F. Wood, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE RANSOM. (Harvey Mandelkern, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED LOSCHIAVO v. WALTER H. WILKINS, as Warden of Attica Prison. (John C. Lombardo, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD R. SHELTON v. WALTER H. WILKINS, as Warden of Attica Prison. (James Li Brize, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS DAVID ANGUS. (Arthur E. Bongiovanni, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT RAYMOND JOHNSTON. (Jerome Weiss, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN WALKER. (Victor J. Hershdorfer, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BURNEY (Charles R. Welch, Esq.) — [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA, JR. (Julien Wood, Jr., Esq.) — Motion to dismiss appeal denied. [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS PANEPINTO.— Motion granted and time for argument of appeals enlarged.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CLARK v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Appeal dismissed unless records and briefs are filed ·and served on or before February 15, 1963.

■ BERNARD FALCONE, Respondent, v. MYRTLE M. FALCONE, Appellant.— Motion to have case heard at present term of court denied.

■ WILLIAM SENECA, Plaintiff, v. L. C. WHITFORD CO., INC., et al., Defendants. L. C. WHITFORD CO., INC., Third-Party Plaintiff-Respondent, v. R. S. McMANUS STEEL CONST. CO., INC., Third-Party Defendant-Appellant.— Stay granted on condition that records and appellant's briefs are filed and served on or before January 28, 1963 and case ready for argument at February 1963 Term.